JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOE CAMPOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Respondent. | No. SA CV 15-01587-CAS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: February 16, 2016

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge